# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELINE PONCE DE LEON, and MICHELLE KATRENICH, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, a National Association with its principal place of business in the State of California, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.  2:15-cv-02593-SJO (VBKx)<br><br>[Assigned to the Hon. S. James Otero]<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE AS TO INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO CLASS ACTION CLAIMS** |

321839

1  PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD
2  CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the Class
3  Action Complaint in the above-captioned action is dismissed in its entirety.  The
4  individual claims of Plaintiffs Michaeline Ponce de Leon and Michelle Katrenich
5  are dismissed with prejudice, and the class action claims are dismissed without
6  prejudice.  Each party to bear her/its own costs and attorneys' fees.

7
8
9  DATED: June 17, 2015                    _____
10                                          Hon. S. James Otero
                                            United States District Court Judge
11
12
...
28

321839

Submitted by:

GLENN L. BRIGGS (SBN 174497)
THERESA A. KADING (SBN 211469)
ELLEN C. COHEN (SBN 276458)
KADING BRIGGS LLP
100 Spectrum Center Drive, Suite 800
Irvine, California 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033

Attorneys for Defendant
WELLS FARGO BANK, N.A.

321839